**Ney MOUTARDIER v. UNITED STATES of America.**

**No. 8219.**

Circuit Court of Appeals, Sixth Circuit.

Dec. 11, 1939.

H. W. Vincent and Rodes K. Myers, both of Bowling Green, Ky., for appellant.

Eli H. Brown, III, of Louisville, Ky., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause being called for argument, came the appellant by counsel and on his motion it is now ordered that this appeal be and the same is dismissed.

**Lawrence MUNTZ, Laura E. Spotts, and Others, Appellants, v. A. N. SICARD.**

**No. 11633.**

Circuit Court of Appeals, Eighth Circuit.

Nov. 20, 1939.

E. H. Bost, of Fort Smith, Ark., Rosser & Rosser, of Muskogee, Okl., Festus Gillam, of Greenwood, Ark., and Woodson E. Norvell, of Tulsa, Okl., for appellants.

Daily & Woods, of Fort Smith, Ark., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellants, on motion of appellee.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. READE MANUFACTURING COMPANY.**

**No. 456.**

Circuit Court of Appeals, Eighth Circuit.

Nov. 9, 1939.

Charles Fahy, Gen. Counsel, National Labor Relations Board, and Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement of order of Labor Board.